### 1556. OLIVER COMPANY *v.* SMITH.

POWELL, J. 1. 'Rulings occurring upon a trial can not be complained of in a bill of exceptions filed more than thirty days after the expiration of the term at which the trial was had, unless exceptions pendente lite have been duly preserved.

2. There was no error in overruling the motion for a new trial based on the general grounds alone, since the evidence, though conflicting, was sufficient to authorize the verdict. · *Judgment affirmed.*

Attachment, from city court of Statesboro—Judge Brannen. October 15, 1908.

Submitted January 28,—Decided June 15, 1909.

*Brannen & Booth,* for plaintiff in error.

*H. B. Strange,* contra.